# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONCEY FRANK BOYKIN,** | ) | |
| Movant, | ) | |
| v. | ) | 2:00-cr-188-JHH |
| | ) | 2:13-cv-8020-JHH |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

## FINAL ORDER

In accordance with the memorandum opinion this day entered, Doncey Frank Boykin's Motion (Doc. #1) pursuant to 28 U.S.C. § 2255, is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this the   20th   day of June, 2013.

*/s/ James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE